**Loren D. Podwill**, OSB #843241
E-Mail: loren.podwill@bullivant.com
**Chad M. Colton**, OSB #065774
E-Mail: chad.colton@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs

FILED
AUG 24 2010

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI VIRGIN SONGS, INC.; JOHN PATRICK OSWALD a/k/a JANI LANE d/b/a LANEY JANE MUSIC; JERRY LAWRENCE DIXON d/b/a DIXONYOU MUSIC; ERIC BENJAMIN TURNER d/b/a ERIK TURNER MUSIC; JOSEPH ALLEN CAGLE a/k/a JOEY ALLEN d/b/a RICH MCBITCH MUSIC; STEVEN J. CHAMBERLIN a/k/a STEVEN SWEET d/b/a GREAT LIPS MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING, INC. d/b/a PENER PIG PUBLISHING; HOUSE OF CASH, INC., COTA MUSIC, INC.; POWER METAL MUSIC, INC.; MICHAEL BALZARY, JOHN ANTHONY FRUSCIANTE, ANTHONY KIEDIS and CHAD GAYLORD SMITH, a partnership d/b/a MOEBETOBLAME MUSIC; RJR PUBLI- SHING PUBLISHING LLC d/b/a ROBERT JAMES RITCHIE MUSIC; JO RAY DEAN MUSIC, INC.,<br><br>Plaintiffs,<br>v. | Civil No.: 09-CV-0842-AC<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 1**

TREBOR ANTHONY LLC d/b/a
VIEWPOINT RESTAURANT & LOUNGE,
HOLLY SERSANSIE, MARK
SERSANSIE, and BRUCE BURTON, each
individually,

        Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that this action is dismissed with prejudice and without an award of costs or attorneys fees to any party.

IT IS SO STIPULATED:

DATED: August 18, 2010.

        BULLIVANT HOUSER BAILEY PC

        By  s/ Chad M. Colton
                Loren D. Podwill, OSB #843241
                Chad M. Colton, OSB #065774
                Telephone: 503.228.6351
                Attorneys for Plaintiffs

DATED: August 17, 2010.

        NORTHWEST LAWFIRM

        By  s/ Christine Tracey
                Christine Tracey, OSB #014372
                Telephone: 503.242.1122
                Attorneys for Defendants

IT IS SO ORDERED:

DATED: August 24, 2010

        By _____
           Honorable John V. Acosta

12755210.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 2**